

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00536-CV

Peter **MARSHALL** and Broadway 5 Homes, Inc.,
Appellants

v.

**C-6 DISPOSAL SYSTEMS, INC**.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-16969
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: January 22, 2014

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was filed on November 7, 2013. Appellants' brief was therefore due on

December 9, 2013. Neither the brief nor a motion for extension of time was filed. We, therefore,

ordered appellants to file, on or before December 30, 2013, a written response explaining why this

appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX.

R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court

order).  Appellants failed to respond to our order.  We therefore dismiss this appeal for want of prosecution.


PER CURIAM